AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Western District of Virginia

United States of America
v.

Lisa Neely

*Defendant*

)
)
)
)
)
)
)

Case No. *1:21mj81*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Lisa Neely                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substances (Methamphetamine)- in violation of 21 USC §§ 846 / 841(a)(1) / 841(b)(1)
(A)

Date: 5/6/21

City and state:     Abingdon, Virginia

*Issuing officer's signature*

Pamela Meade Sargent, USMJ

*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ | |
| Date: _____ | _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |